1

2

3

4  **Entered on Docket
September 28, 2009**

5
                                                    _____
                                                    **Hon. Gregg W. Zive**
6                                                   **United States Bankruptcy Judge**

7  PITE DUNCAN, LLP
   STEVEN W. PITE (NV Bar #008226)
8  EDDIE R. JIMENEZ (NV Bar #10376)
   JACQUE A. GRUBER (NV Bar #11385)
9  4375 Jutland Drive, Suite 200
   P.O. Box 17933
10 San Diego, CA 92177-0933
   Telephone: (858) 750-7600
11 Facsimile: (619) 590-1385
   E-mail: ecfnvb@piteduncan.com
12
   ABRAMS & TANKO, LLLP
13 MICHELLE L. ABRAMS (NV Bar #005565)
   3085 S. Jones Blvd., Suite C
14 Las Vegas, NV 89146

15 Attorneys for  Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS
                  BANK, FSB
16

17                 UNITED STATES BANKRUPTCY COURT

18                        DISTRICT OF NEVADA

19
   In re                               Bankruptcy Case No. BK-N-08-51536-gwz
20
   MARIJOYCE S. PONTILLAS  AND JOHN     Chapter 7
21 V. PONTILLAS ,
22                                      WACHOVIA MORTGAGE, FSB, FKA
         Debtor(s).                     WORLD SAVINGS BANK, FSB'S ORDER
23                                      TERMINATING AUTOMATIC STAY
                                        Date:    September 22, 2009
24                                      Time:   10:00 A.M.

25

26       A  hearing  on  Secured  Creditor Wachovia Mortgage, FSB, fka World Savings

27 Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the

28 United States Bankruptcy Court before the Honorable Gregg W. Zive.

1        The court having duly considered the papers and pleadings on file herein and

2   being fully advised thereon and finding cause therefor:

3        IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

4        Relief from the automatic stay of 11 United States Code section 362 is hereby

5   granted as it applies to the real property commonly known as 1149 Harbour Cove Ct, Sparks,

6   Nevada 89434-7854, which is legally described as:

7             LOT 47 OF HARBOUR COVE SUBDIVISION,
                ACCORDING    TO    THE    MAP    THEREOF

8             NO.3960, FILED IN THE OFFICE OF THE
                COUNTY RECORDER OF WASHOE COUNTY,

9             STATE OF NEVADA ON JUNE 8, 2001 AS
                DOCUMENT NO. 2562095 OF OFFICIAL

10            RECORDS.

11

12   APPROVED/DISAPPROVED

13

14   ANABELLE SAVAGE

15   TRUSTEE

16   /./.

17   /./.

18   /./

19   /./

20   /./.

21   /./.

22   /./.

23   /./.

24   /./.

25   /./.

26   /./.

27   /./.

28   /./.

1   <u>ALTERNATIVE METHOD re: RULE 9021</u>:

2   In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3   ☐    The court has waived the requirement of approval under LR 9021.

4   ☐    No parties appeared or filed written objections, and there is no trustee appointed in the

5   case.

6   ☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

7   any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

8   and each has approved or disapproved the order, or failed to respond, as indicated below [list

9   each party and whether the party has approved, disapproved, or failed to respond to the

10  document]:

11  ☐    Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

12  ☐    Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

13  ☒    Failed to respond. - Trustee

14                                       ###

15  Submitted by:

16  /s/ JACQUE A. GRUBER
    4375 Jutland Drive, Suite 200
17  P.O. Box 17933
    San Diego, CA 92177-0933
18  (858) 750-7600
    NV Bar #11385
19  Attorney for WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

20

21

22

23

24

25

26

27

28